UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANOVER INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> TALYST SYSTEMS, LLC, a Delaware limited liability company; TALYST, INC., a Delaware corporation; TRANSLOGIC CORPORATION a Delaware corporation, d/b/a SWISSLOG Healthcare (North America), d/b/a SWISSLOG, and WELLFOUNT, CORPORATION, a Delaware corporation, <br><br> Defendants. | No. 2:20-cv-00641-RSL <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## I. STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the Order below dismissing those claims may be entered.

//

//

Stipulation and Order of Dismissal of All Claims With Prejudice – 1
Cause No.:  2:20-cv-00641-RSL

| | |
|---|---|
| Dated this 15th day of September, 2021. | Dated this 15th day of September, 2021. |
| FORSBERG & UMLAUF, P.S. | TAFT STETTINIUS & HOLLISTER LLP |
| *s/Ryan J. Hesselgesser* <br> Carl E. Forsberg, WSBA #17025 <br> Ryan J. Hesselgesser, WSBA #40720 <br> Attorneys for Plaintiffs Hanover Insurance Company and Massachusetts Bay Insurance Company | *s/Peter S. French* <br> Peter S. French, Admitted *Pro Hac Vice* <br> Ann O'Connor McCready, Admitted *Pro Hac Vice* <br> Attorneys for Wellfount Corporation |
| Dated this 15th day of September, 2021. | Dated this 15th day of September, 2021. |
| K&L GATES LLP | BYRNES KELLER CROMWELL LLP |
| *s/Aaron E. Millstein* <br> Rachel Tausend, WSBA #50512 <br> Aaron E. Millstein, WSBA #44135 <br> Attorney for Talyst Systems, LLC and Translogic Corporation | *s/Keith D. Petrak* <br> Bradley S. Keller, WSBA #10665 <br> Keith D. Petrak, WSBA #19159 <br> Attorneys for Wellfount Corporation |

Dated this 15th day of September, 2021.

LEVIN SITCOFF, PC

*s/Kerri J. Rough*
Bradley A. Levin, Admitted *Pro Hac Vice*
Kerri J. Rugh, Admitted *Pro Hac Vice*
Attorney for Talyst Systems, LLC and Translogic Corporation

Stipulation and Order of Dismissal of All Claims With Prejudice – 2
Cause No.: 2:20-cv-00641-RSL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore

IT IS SO ORDERED that all claims by and between the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 15th day of September, 2021.

*[signature]*
Robert S. Lasnik
U.S. District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Ryan J. Hesselgesser*
Carl E. Forsberg, WSBA #17025
Ryan J. Hesselgesser, WSBA #40720
Attorneys for Plaintiffs Hanover Insurance
Company and Massachusetts Bay Insurance Company

*Approved as to Form;*
*Notice of Presentation Waived*

K&L GATES LLP

*s/Aaron E. Millstein*
Rachel Tausend, WSBA #50512
Aaron E. Millstein, WSBA #44135
Attorneys for Talyst Systems, LLC
and Translogic Corporation

LEVIN SITCOFF, PC

*s/Kerri J. Rugh*
Bradley A. Levin, Admitted *Pro Hac Vice*
Kerri J. Rugh, Admitted *Pro Hac Vice*
Attorneys for Talyst Systems, LLC
and Translogic Corporation

Stipulation and Order of Dismissal of All Claims With Prejudice – 3
Cause No.: 2:20-cv-00641-RSL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| 1 | TAFT STETTINIUS & HOLLISTER LLP |
| 2 | s/Peter S. French |
|   | Peter S. French, Admitted *Pro Hac Vice* |
| 3 | Ann O'Connor McCready, Admitted *Pro Hac Vice* |
|   | Attorneys for Wellfount Corporation |
| 4 | |
| 5 | BYRNES KELLER CROMWELL LLP |
|   | s/Keith D. Petrak |
| 6 | Bradley S. Keller, WSBA #10665 |
|   | Keith D. Petrak, WSBA #19159 |
| 7 | Attorneys for Wellfount Corporation |

Stipulation and Order of Dismissal of All Claims With Prejudice – 4
Cause No.: 2:20-cv-00641-RSL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX